**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JOSEPH L. MCDONNELL,**

**Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

**Civil Action 2:16-cv-886**
**Judge Algenon L. Marbley**
**Magistrate Judge Jolson**

**ORDER**

Upon motion (Doc. 14), Robert W. Gillikin, II, is hereby **GRANTED** leave to appear *pro hac vice* on behalf of Plaintiff, conditional on counsel's registration for electronic filing with this Court,[1] or seeking leave to be excused from doing so, within fourteen days of the date of this Order.

IT IS SO ORDERED.

Date: December 1, 2016

/s/ Kimberly A. Jolson
Kimberly A. Jolson
United States Magistrate Judge

[1] Counsel may initiate the registration process at this Court's website, http://www.ohsd.uscourts.gov/attorney-registration-form.