IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Joseph L. McDonnell,           :
                               :
            Plaintiff,         :           Case No. 2:16-cv-886
                               :
      v.                       :           JUDGE ALGENON L. MARBLEY
                               :
Commissioner of Social Security,   :        Magistrate Judge Jolson
                               :
                               :
            Defendant.         :

## OPINION & ORDER

On June 21, 2017, the United States Magistrate Judge issued a **Report and Recommendation** in this case (Doc. 19), recommending that judgment be entered in favor of the Defendant on its evaluation of the Plaintiff's mental limitations, including: (a) providing good reasons for rejecting the medical opinions of Drs. Singerman, Andrews and Bousquet; and (b) providing substantial evidence for the Commissioner's RFC finding.

The parties were specifically advised of their right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed on July 5, 2017, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation. This case is hereby **DISMISSED**.


      **IT IS SO ORDERED.**

                                         _s/ Algenon L. Marbley_____
                                         ALGENON L. MARBLEY
                                         UNITED STATES DISTRICT JUDGE

DATED: September 14, 2017