**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN CIVIL CASE

**JOSEPH L. MCDONNELL,**

**Plaintiff,**

**v.**

**CASE NO. 2:16-CV-0886**
**JUDGE ALGENON L. MARBLEY**
**MAGISTRATE JUDGE JOLSON**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the September 14, 2017 Opinion and Order, the Court **ACCEPTED** the Report and Recommendation . This case was **DISMISSED**.

**Date: September 14, 2017** **Richard W. Nagel, Clerk**

s/Betty L. Clark
Betty L. Clark/Deputy Clerk